MARY ANN HICKEY v. BOROUGH OF PARK RIDGE,
BERGEN COUNTY.

July 12, 1984.

Petition for certification denied.

PETER SHAPIRO; THE ESSEX COUNTY EXECUTIVE AND THE
COUNTY OF ESSEX v. GEORGE ALBANESE, COMMISSIONER
OF THE NEW JERSEY DEPARTMENT OF HUMAN SERVICES.

July 12, 1984.

Petition for certification denied.  (See 193 *N.J.Super.* 237)

CAROLYN E. CICALESE v. NATIONWIDE LIFE
INSURANCE COMPANY.

July 12, 1984.

Petition for certification denied.

MADELINE VARADY v. EXXON COMPANY, U.S.A.

July 12, 1984.

Petition for certification denied.